UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY KINDER,
Individually, and on behalf of all
others similarly situated,

    Plaintiff,

v.

ELGA CREDIT UNION,

    Defendant.

Case No. 2:10-cv-11549-JCO-DAS
Honorable John Corbett O'Meara
Mag. Judge Donald A. Scheer

---

DOUGLAS ELLMANN (P34617)
Attorney for Plaintiff
308 West Huron
Ann Arbor, MI 48103
(734) 668-4800

GEOFFREY BESTOR
Co-Counsel for Plaintiff
700 12th Street, NW, Suite 700
Washington, DC 20005
(202) 379-4899

LISA T. MILTON (P38129)
Attorney for Defendant
4967 Crooks Road, Suite 150
Troy, MI 48098
(248) 641-8000

---

### DEFENDANT'S CONCURRENCE IN PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Defendant, ELGA Credit Union, represented by counsel, Bowen, Radabaugh & Milton, P.C., hereby concurs in Plaintiff's motion for final approval of class action settlement.

Respectfully submitted,

BOWEN, RADABAUGH & MILTON, P.C.

By: /s/ Lisa T. Milton
    LISA T. MILTON (P38129)
    Attorney for Defendant
    4967 Crooks Road, Suite 150
    Troy, MI 48098
    (248) 641-8000

Dated: August 23, 2011

**Certificate of Service**

I hereby certify that on August 23, 2011, I electronically filed Defendant's Concurrence in Plaintiff's Motion for Final Approval of Class Action Settlement with the Clerk of the Court using ECF system which will send notification of such filing to the following:

Geoffrey Bestor @ gbesq@bestorlaw.com; Douglas Ellmann @ dse@ellmannlaw.com

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: N/A.

s/Lisa T. Milton
4967 Crooks Road, Suite 150
Troy, MI 48098
Phone: (248) 641-8000
E-mail: LTMilton@brmb.com
P38129